**DENY; and Opinion Filed March 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00161-CV

### IN RE RADIANT DARKSTAR PRODUCTIONS, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02152**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

Before the Court is relator's petition for writ of mandamus in which relator contends the trial court abused its discretion by ordering it to deposit funds into the registry of the court. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

140161F.P05